UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                     Case No.    16-CR-168

ERIC MINKEY,

  Defendant.

---

## ORDER MODIFYING CONDITIONS OF RELEASE

Eric Minkey appeared this afternoon for an initial appearance on a supervised release violation. I ordered the defendant's release with conditions, including RF monitoring. Following the hearing, the U.S. Marshals Service learned that the defendant appeared to have symptoms of COVID-19. Under U.S. Probation Office policies, it is not currently possible for the probation office to install an RF monitoring device on the defendant given the close proximity involved in the installation. Moreover, under courthouse policies, it is not advisable to have the defendant walk through the building to get to the probation office for that purpose.

Accordingly, I am modifying my order to allow the probation office to monitor the defendant through phone calls and other means that do not require any officer to be in close physical proximity to the defendant. Once the defendant is determined to be safe, it is expected that RF monitoring will be installed.

**SO ORDERED** this 12th of February, 2021.

*/s/ Stephen C. Dries*
STEPHEN C. DRIES
United States Magistrate Judge